## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA
_____

| | |
|---|---|
| TARA R. DAVIS, | Civil No. 09-2504 (JRT/JJK) |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| I-FLOW CORPORATION, *et al.*, | |
| Defendants. | |

_____

This matter came before this Court upon the Stipulation of Dismissal Without Prejudice of Defendants Hospira, Inc., Abbott Laboratories, AstraZeneca Pharmaceuticals LP, AstraZeneca LP, and Zeneca Holdings Inc., filed by the parties on November 30, 2009 [Docket No. 36].

**IT IS HEREBY ORDERED** that Defendants Hospira, Inc., Abbott Laboratories, AstraZeneca Pharmaceuticals LP, AstraZeneca LP, and Zeneca Holdings Inc. are **DISMISSED WITHOUT PREJUDICE** and without costs or disbursements to any party.


DATED: November 30, 2009  
at Minneapolis, Minnesota.                   ___ s/ John R. Tunheim ___  
                                                               JOHN R. TUNHEIM  
                                                        United States District Judge